IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN R. ANTHONY,                                :
                                                :
            Plaintiff,                          :      CIVIL ACTION - LAW
                                                :      NO. _3:16-cv-29_____
vs.                                             :      (Filed Electronically)
                                                :
TORRANCE STATE HOPSITAL, and                    :
                                                :
BRAD SNYDER, Individually, and                  :
acting in his capacity as Chief Executive       :
Officer of Torrance State Hospital,             :      TYPE OF PLEADING:
                                                :      Complaint
            Defendants.                         :
                                                :      FILED ON BEHALF OF:
                                                :      Plaintiff
                                                :
                                                :      COUNSEL OF RECORD
                                                :      FOR THIS PARTY:
                                                :
                                                :      JEROME J. KAHARICK
                                                :      and ASSOCIATES
                                                :
                                                :      Jerome J. Kaharick
                                                :      Pa I.D. No. 61950
                                                :      Park Building, Suite 301
                                                :      142 Gazebo Park
                                                :      Johnstown, PA 15901
                                                :      (814) 539-6789
                                                :
                                                :      JURY TRIAL DEMANDED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN R. ANTHONY,      :
            :
   Plaintiff,     :  CIVIL ACTION - LAW
            :  NO. 3:16-cv-29
vs.          :  (Filed Electronically)
            :
TORRANCE STATE HOPSITAL, and :
            :
BRAD SNYDER, Individually, and  :
acting in his capacity as Chief Executive :
Officer of Torrance State Hospital,  :
            :
Defendants.       :

------------------------

## COMPLAINT

------------------------

AND NOW, comes the Plaintiff, John R. Anthony, by and through his attorneys, Jerome J. Kaharick and Associates, and sets forth the following Complaint, of which these averments are particularized:

### Jurisdiction and Venue

1. This action seeks declaratory, injunctive, and equitable relief, compensatory and punitive damages, costs and attorney's fees for the race discrimination and retaliation suffered by the Plaintiff in his employment by the Defendant.

2. This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000(e), et seq., and the Civil Rights Act of 1991, 42 U.S.C. Section 1981(a).

3. Jurisdiction is invoked pursuant to 28 U.S.C. Section 1343(4) and Section 1343(4) and 42 U.S.C. Section 2000(e)-5(f).  A right to sue letter was issued by the Equal Employment Opportunity Commission (EEOC) on October 27, 2015, and received on October 31, 2015 a true and accurate copy of which is attached hereto as Exhibit "A", based upon a charge affidavit timely filed with the EEOC.

4. Declaratory, injunctive, and equitable relief are sought pursuant to 28 U.S.C. Section 2201, Section 2202, and 42 U.S.C. Section 2000(e)(5)(g). Compensatory and punitive damages are sought pursuant to 42 U.S.C. Section 1981(a).

5. Costs and attorney's fees may be awarded pursuant to 42 U.S.C. Section 2000(e)-5(k) and Fed. R. Civ. P. 54.

6. This action is proper in the Western District of Pennsylvania, civil division, pursuant to 29 U.S.C. Section 1391(b), because the claim arose in this judicial district, and pursuant to 42 U.S.C. Section 2000(e)-5(f)(3) because of the unlawful employment practices committed in this judicial district.

## PARTIES

7. Plaintiff, John Anthony, is a citizen and resident of the United States and the State of Pennsylvania, presently residing at 169 Berkley Road, Johnstown, County of Cambria 15748 and is an African American.

8. Defendant, Torrance State Hospital, located at 121 Longview Drive, P.O. Box 111, Torrance, Pennsylvania 15779, is a State facility for people with mental illness. Torrance State Hospital's current employee compliment is at 660 staff with 301 individuals residing with the facility and at all times mentioned herein, employed the Plaintiff.

9. Defendant, Brad Snyder, located at 121 Longview Drive, P.O. Box 111, Torrance, PA 15779, is the Chief Executive Officer of Torrance State Hospital.

10. In that capacity, the Defendant, Brad Snyder, was responsible for carrying out the policies and procedures established by Torrance State Hospital and directly responsible for the hiring, promotion, demotion, and termination of employees of Torrance State Hospital.

## COUNT I:
## RACE DISCRIMINATION

11. Paragraphs 1 through 10 of this Complaint are incorporated herein by reference as though more fully set forth at length.

12. The Plaintiff was employed by the Defendant since March 22, 2010, and worked in the capacity as a Psychiatric Aide in Torrance State Hospital.

13.    On October 21, 2014, Registered Nurse, Worthy Poe, claimed to have seen the Plaintiff removing milk cartons from the facility.

14.    On October 22, 2014, on the basis of allegations previously mentioned and with no substantive investigation, the Plaintiff was suspended from his position as a Psychiatric Aide.

15.    The Plaintiff was terminated from his position as a Psychiatric Aide on December 29, 2014.

16.    The Plaintiff filed a State Civil Service Appeal and after a protracted process, was reinstated to his position on September 20, 2015.

17.    The Pennsylvania State Civil Service Commission determined that the witnesses and events leading up to the Plaintiff's termination were without basis, unsubstantiated, and specious with regard to the Plaintiff and ordered his reinstatement.

18.    Two other individuals, Caucasian males, who had committed infractions that were much more serious than the Plaintiff's, were treated in a favorable manner in that they were suspended for a short period of time and then given their jobs back summarily.

19.    The Plaintiff had to wait a substantial period of time, i.e., one (1) year, to be reinstated to his position.

20.    The Plaintiff maintains that this protracted time period occurred because of his race.

21.    The Plaintiff was terminated from his position, has sued the State to get his position back, and was treated differently from his Caucasian counterparts (see previous paragraphs) and because of that, race discrimination was exhibited.

22.    The investigation, suspension, and termination practices of the Defendants described above denied the Plaintiff due process of law guaranteed under the Fourteenth Amendment of the United States Constitution in that the practices by the Defendants discriminated against the Plaintiff on the basis of race or color in seeking employment status with Torrance State Hospital.

WHEREFORE, Plaintiff prays this Court:

(a)    Declare the conduct engaged in by the Defendant to be a violation of Plaintiff's rights;

(b)   Enjoin the Defendant from engaging in such conduct;

(c)   Award Plaintiff compensatory and punitive damages;

(d)   Award Plaintiff costs and attorney's fees; and

(e)   Grant such other relief as it may deem just and proper.

**JURY TRIAL DEMANDED**

Respectfully submitted,

**JEROME J. KAHARICK and ASSOCIATES**

Date: 1/29/16

_____/s/ Jerome J. Kaharick_____
Jerome J. Kaharick
Pa. I.D. No. 61950
Park Building, Suite 301
142 Gazebo Park
Johnstown, PA 15901
(814) 539-6789
(814) 539-5934 (facsimile)
jkaharick@atlanticbb.net