## VERIFICATION

I, JOHN R. ANTHONY, hereby verify that the statements contained in the foregoing document are true and correct to the best of my information, knowledge, and belief, and I certify that the statements made herein are under penalty of perjury pursuant to 28 U.S.C. §1746.

Date: 1/25/16

John R. Anthony