**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JOHN R. ANTHONY,                                 }
                                                 }     No. 3:16-cv-00029-KRG
                        Plaintiff,               }
                                                 }     Judge Gibson
            vs.                                  }
                                                 }
TORRANCE STATE HOSPITAL, and                     }
BRAD SNYDER, *Individually, and acting*          }
*in his capacity as Chief Executive Officer*     }
*of Torrance State Hospital,*                    }
                                                 }     ***Electronically Filed.***
                        Defendants.              }

**DEFENDANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS**

AND NOW, come the Defendants, Torrance State Hospital and Snyder ("the Defendants"), by their attorneys, Scott A. Bradley, Senior Deputy Attorney General, and Kenneth L. Joel, Chief Deputy Attorney General, Chief Litigation Section, and, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, respectfully move this Court to enter judgment on the pleadings in favor of the Defendants on certain claims raised by the Complaint (Doc. # 1) heretofore filed by plaintiff John R. Anthony, upon the following grounds:

1.  Plaintiff initiated the instant counseled civil rights action by filing a Complaint (Doc. # 1) on or about January 29, 2016.

2. The Complaint alleges that Plaintiff was suspended and subsequently terminated from his employment with Torrance State Hospital because of race discrimination.

3.  The Defendants answered the Complaint on June 17, 2016.  See (Doc. # 8).

4.  The Defendants now move for judgment on the pleadings on certain claims asserted against the Defendants.

5.   Judgment should be entered in favor of Defendant Torrance State Hospital on all claims brought under Section 1983 because, as a component part of an agency of the Commonwealth of Pennsylvania, this Defendant enjoys the protections of Eleventh Amendment immunity and because this Defendant is not a person for purposes of Section 1983.

6.   Judgment should be entered in favor of Defendant Snyder on all claims brought under Title VII because Title VII does not provide for individual liability.

7.   Judgment should be entered in favor of Defendant Snyder on all claims brought under Section 1983 because Plaintiff has not sufficiently alleged this defendant's personal involvement in the alleged wrongdoing.

8.   The Defendants have herewith filed a Brief in Support of this Motion, providing reasons in support of the foregoing assertions with greater particularity; the contents therein are incorporated by reference.

WHEREFORE, it is respectfully requested that the instant motion be granted and that Judgment be entered in favor of Torrance State Hospital and against Plaintiff on all claims under Section 1983, including any Fourteenth Amendment Due Process claim and any claim under Section 1981; and that Judgment be entered in favor of Defendant Brad Snyder and against Plaintiff on all claims under Title VII and Section 1983, including any Fourteenth Amendment Due Process claim and any claim under Section 1981.

Respectfully submitted,

BRUCE L. CASTOR
Solicitor General, Office of Attorney General

BRUCE R. BEEMER
First Deputy Attorney General

    s/ Scott A. Bradley

| | |
|---|---|
| Office of Attorney General | Scott A. Bradley |
| 6th Floor, Manor Complex | Senior Deputy Attorney General |
| 564 Forbes Avenue | Attorney I.D. No. 44627 |
| Pittsburgh, PA 15219 | |
| Phone: (412) 565-3586 | Kenneth L. Joel |
| Fax:    (412) 565-3019 | Chief Deputy Attorney General |
| | Litigation Section |

Date:  June 17, 2016

3