IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN R. ANTHONY,                              :
                                             :
            Plaintiff,                       : No. 3:16-cv-00029-KRG
                                             :
    vs.                                      : Judge Kim R. Gibson
                                             :
TORRANCE STATE HOSPITAL, and                 :
BRAD SNYDER, *Individually, and acting*      :
*in his capacity as Chief Executive Officer* :
*of Torrance State Hospital,*                :
                                             :
            Defendants.                      : ***Electronically Filed.***
                                             :

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

AND NOW, comes the Plaintiff, JOHN R. ANTHONY, by and through his attorneys, JEROME J. KAHARICK and ASSOCIATES, and files the following 12C Motion as follows:

1) Admitted

2) Admitted

3) Admitted

4) Admitted. By way of further response, the Defendants' move for judgment on the pleadings on certain claims asserted by the Plaintiff, not all claims by Plaintiff. Specifically, Plaintiff's Title VII claims against Torrance State Hospital.

5) Denied

6) Denied

7) Denied

8) Admitted

WHEREFORE, it is respectfully requested that the instant motion be denied in that the Defendants by and through their representative violated the Fourteenth Amendment of the United States Constitution and 42 U.S.C Section 1981 in their actions against the Plaintiff, a person of African American descent.

Respectfully submitted,

**JEROME J. KAHARICK and ASSOCIATES**

/s/ Jerome J. Kaharick
Jerome J. Kaharick, Attorney for Plaintiff
Pa. I.D. No. 61950
Park Building, Suite 301
142 Gazebo Park
Johnstown, PA 15901
(814) 539-6789
(814) 539-5934 *(facsimile)*
jkaharick@atlanticbb.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN R. ANTHONY,                              :
                                             :
        Plaintiff,              : No. 3:16-cv-00029-KRG
                                             :
   vs.                                 : Judge Kim R. Gibson
                                             :
TORRANCE STATE HOSPITAL, and                 :
BRAD SNYDER, *Individually, and acting*      :
*in his capacity as Chief Executive Officer* :
*of Torrance State Hospital,*                :
                                             :
      Defendants.              : ***Electronically Filed.***
                                             :

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2016, the Defendants' Motion for

Judgment on the Pleadings is **Granted/Denied**.   Plaintiff is granted leave to amend the

Complaint within twenty (20) days of this Order.


BY THE COURT:


_____
Kim R. Gibson,
United States District Judge