IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN R. ANTHONY, | ) | |
| | ) | CIVIL ACTION NO. 3:16-29 |
| Plaintiff, | ) | |
| | ) | JUDGE KIM R. GIBSON |
| v. | ) | |
| | ) | |
| TORRANCE STATE HOSPITAL, and | ) | |
| BRAD SNYDER, *Individually, and* | ) | |
| *acting in his capacity as Chief Executive* | ) | |
| *Officer of Torrance State Hospital,* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 16th day of September, 2016, the Court having granted Defendants' partial motion for judgment on the pleadings (ECF 19), and Plaintiff having failed to file an amended complaint with respect to the § 1981 and § 1983 claims against Defendant Brad Snyder, IT IS HEREBY ORDERED that these claims are DISMISSED with prejudice. Plaintiff's Title VII claim against Defendant Torrance State Hospital will go forward.

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE